**Order entered August 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00769-CV

**TIMOTHY BARTON, JMJ HOSPITALITY, L.L.C. AND JMJ HOLDINGS, L.L.C,**
**Appellants**

**V.**

**RESORT DEVELOPMENT LATIN AMERICA, INC.,ALIBER GARCIA AND ELIUD**
**GARCIA, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-07-10870-F**

## ORDER

Before the Court is appellees' unopposed motion for leave to file a post-submission brief.

We **GRANT** the motion.   We **ORDER** that appellees' post-submission brief received on

February 26, 2013, filed as of the date of this Order.


/s/      JIM MOSELEY
JUSTICE